■ RENEE JONES, Appellant, v CITY OF BUFFALO SCHOOL DISTRICT, Respondent. [942 NYS2d 850]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered August 11, 2011 in a personal injury action. The order denied the motion of claimant to renew her prior application for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Claimant appeals from an order denying her motion to renew a prior application for leave to serve a late notice of claim. It is well settled that "[a] motion for leave to renew 'shall be based upon new facts not offered on the prior [application] that would change the prior determination' . . . , and 'shall contain reasonable justification for the failure to present such facts on the prior [application]' " (*Doe v North Tonawanda Cent. School Dist.*, 91 AD3d 1283, 1284 [2012]). Here, "[t]he motion to renew was properly denied [inasmuch as claimant] failed to offer a valid excuse for failing to submit the new material on the original [application]" (*Linden v Moskowitz*, 294 AD3d 114, 116 [2002], *lv denied* 99 NY2d 505 [2003]; *see Schilling v Malark*, 13 AD3d 1153, 1154 [2004]). Present—Smith, J.P., Fahey, Peradotto and Lindley, JJ.

■ In the Matter of WALGREENS, Appellant, v BOARD OF ASSESSMENT REVIEW OF TOWN OF IRONDEQUOIT et al., Respondents. [942 NYS2d 851]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered November 16, 2010. The order granted the motion of respondents to preclude petitioner from submitting trial-ready appraisals and from offering expert testimony on the value of the subject property.

Now, upon the judgment and order of Supreme Court, Monroe County, entered March 2, 2012, approving the settlement agreement signed by the attorneys for the parties on January 26, 2012 and February 15, 2012, discontinuing the proceedings,

It is hereby ordered that said appeal is dismissed without costs upon stipulation.

All concur except Green, J., who is not participating. Present—Smith, J.P., Peradotto, Lindley and Martoche, JJ.

■ In the Matter of LANCE J. M. STEINHART, for Reinstatement to the Practice of Law in the State of New York. [942 NYS2d 842]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley and Martoche, JJ. (Filed Apr. 4, 2012.)